IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Granderson, Karen L

Printed: 4/15/08

Case Number: 04 B 10473
Judge: Squires, John H
Filed: 3/17/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: March 5, 2008
Confirmed: May 5, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 17,575.00 |  |
| Secured: |  | 13,003.17 |
| Unsecured: |  | 1,828.14 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,850.00 |
| Trustee Fee: |  | 893.69 |
| Other Funds: |  | 0.00 |
| Totals: | 17,575.00 | 17,575.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Richard S Bass | Administrative | 1,850.00 | 1,850.00 |
| 2. | Option One Mortgage Corp | Secured | 0.00 | 0.00 |
| 3. | Option One Mortgage Corp | Secured | 11,452.24 | 4,740.07 |
| 4. | Americredit Financial Ser Inc | Secured | 7,619.10 | 7,619.10 |
| 5. | Lake Lynwood Condo Assoc | Secured | 644.00 | 644.00 |
| 6. | RoundUp Funding LLC | Unsecured | 117.72 | 177.69 |
| 7. | Americash Loans, LLC | Unsecured | 52.05 | 78.57 |
| 8. | ECast Settlement Corp | Unsecured | 188.22 | 284.10 |
| 9. | Card Service Center | Unsecured | 164.90 | 248.89 |
| 10. | Americredit Financial Ser Inc | Unsecured | 544.74 | 822.19 |
| 11. | Jewel Food Stores | Unsecured | 27.50 | 41.51 |
| 12. | Municipal Collection Services | Unsecured | 50.00 | 75.47 |
| 13. | Lake Lynwood Condo Assoc | Unsecured | 1.97 | 1.97 |
| 14. | Resurgent Capital Services | Unsecured | 54.76 | 82.65 |
| 15. | City Of Chicago Dept Of Revenue | Unsecured | 10.00 | 15.10 |
| 16. | Brinks | Unsecured |  | No Claim Filed |
| 17. | Caine & Weiner | Unsecured |  | No Claim Filed |
| 18. | Pay Day Loans | Unsecured |  | No Claim Filed |
| 19. | First Consumers National Bank | Unsecured |  | No Claim Filed |
| 20. | TTI National Inc | Unsecured |  | No Claim Filed |
| 21. | Ingalls Memorial Hospital | Unsecured |  | No Claim Filed |
| 22. | Commonwealth Edison | Unsecured |  | No Claim Filed |
|  |  |  | $ 22,777.20 | $ 16,681.31 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Granderson, Karen L

Printed: 4/15/08

Case Number: 04 B 10473
Judge: Squires, John H
Filed: 3/17/04

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 4% | 95.30 |
| 6.5% | 220.73 |
| 3% | 29.56 |
| 5.5% | 210.65 |
| 5% | 24.26 |
| 4.8% | 172.80 |
| 5.4% | 140.39 |
|  | _____ |
|  | $ 893.69 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

